## DISBROW v. MILLS, appellant.

*Deposits — special funds in hands of surrogate — intermingling special deposits.*

A surrogate received from his predecessors $7,267.89 as balance of funds in such predecessor's hands as surrogate. Included in this fund as a part thereof, was $2,653.19 belonging to plaintiff. The surrogate made no inquiry or attempt to ascertain to whom the several sums comprised in the $7,267.89 belonged, but paid therefrom various claims other than plaintiff presented, until the sum in his hands was reduced to $1,400. *Held*, that such surrogate was liable to plaintiff for the whole of the $2,653.19. The deposit by the surrogate's predecessor of the funds belonging to plaintiff indiscriminately with other funds, did not impair the title of the plaintiff to such fund. *Van Alen* v. *Am. Nat. Bank*, 52 N. Y. 1; Hilt. on Trustees, 164.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought in Westchester county by Bethia E. Disbrow against John W. Mills, surrogate of said county, to recover moneys deposited in his hands and belonging to plaintiff.

*Marshall & Verplanck* and *Robert Cochran*, for appellant.

*Stanley & Brown*, for respondent.

TALCOTT, J.

The head-note states the only material point in the opinion.

*Judgment affirmed.*